**JACKSON LEWIS P.C.**
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
joshua.sliker@jacksonlewis.com

**HUESTON HENNIGAN LLP**
John C. Hueston (*pro hac vice forthcoming*)
jhueston@hueston.com
Robert N. Klieger (*pro hac vice forthcoming*)
rklieger@hueston.com
Marshall A. Camp (*pro hac vice forthcoming*)
mcamp@hueston.com
Allison L. Libeu (*pro hac vice forthcoming*)
alibeu@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340
Facsimile:      (888) 775-0898

Attorneys for Plaintiff
Tesla, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TESLA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN TRIPP, an individual,<br><br>　　　　Defendant. | **CERTIFICATE OF INTERESTED PARTIES** |

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned attorneys of record for Plaintiff Tesla, Inc. ("Tesla") certify that Tesla has no parent corporation; that to Tesla's knowledge, no public corporation owns more than 10% of its stock; and that to Tesla's knowledge, there are no unnamed parties with a direct, pecuniary interest in the outcome of the case.

| | |
|---|---|
| Dated: June 19, 2018 | JACKSON LEWIS P.C. |
| | By: */s/ Joshua A. Sliker*<br>Joshua A. Sliker<br>Attorneys for Plaintiff<br>Tesla, Inc. |
| Dated: June 19, 2018 | HUESTON HENNIGAN LLP |
| | By: */s/ John C. Hueston*<br>John C. Hueston (*pro hac vice forthcoming*)<br>Attorneys for Plaintiff<br>Tesla, Inc. |